UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA          :    STIPULATION IN SUPPORT
                                              OF APPLICATION FOR
         -v-                      :    7TH OR SUBSEQUENT
                                       ORDER OF CONTINUANCE AND
MATTHEW SAUER,                    :    7TH ORDER OF CONTINUANCE[1]

                    Defendant.    :    15 Mag. 4267
-----------------------------------------------------------------x

The United States of America and the defendant jointly request and agree that the time period from **6/29/2016** to **7/27/2016** be excluded from the computation of the period within which an information or indictment must be filed, pursuant to Title 18, United States Code, Section 3161(b) and (h)(7). The parties submit that there is good cause for an additional exclusion of time because the parties are exploring a possible disposition of this case prior to trial. Defense counsel made a submission to the Government on June 28, 2016, and this office is currently exploring whether a non-trial resolution of this case is possible. By the following signatures we agree and consent to the exclusion of time noted above:

_____ 6/28/16            _____ 6/28/16
Defendant's Counsel      Date              Assistant U.S. Attorney    Date
Jason Ser, Esq.                            Hagan Scotten

The defendant states that he has been fully advised by counsel of his rights guaranteed under (a) of the Sixth Amendment to the Constitution; (b) the Speedy Trial Act of 1974, as set forth in Title 18, United States Code, Sections 3161-74; and (c) the plans and rules of this Court adopted pursuant to that Act. The defendant understands that he has a right to be charged by indictment or information, and to have a trial before a judge or jury, within a specified time (excluding certain time periods) under the Constitution and Rules and Laws of the United States identified above. The defendant consents and agrees to the above request.

_____ 6/28/16
Defendant                Date
Matthew Sauer

The joint application of the United States of America and the defendant having been heard at a proceeding on the date below, the time period from **6/29/2016** to **7/27/2016** is hereby excluded in computing the time within which an indictment or information must be filed. The Court grants this continuance on the finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial, for the reasons set forth above. The Court further orders:

Dated: 6/29/16                                **SO ORDERED**
White Plains, New York

                                             _____
                                             Hon. Lisa Margaret Smith
                                             United States Magistrate Judge

---

[1] This is the fourth occasion on which the parties have requested a continuance in this case. But because a significant delay occurred in seeking the first continuance (as more fully explained in the Government's submission requesting that continuance, which was granted *nunc pro tunc* by the Honorable Paul E. Davison, United States Magistrate Judge) the time elapsed since the defendant's initial arrest is consistent with that of a seventh requested continuance and the parties are thus following the procedures for a seventh continuance.