ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

MATTHEW SAUER,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

INFORMATION

16 Cr. 565 (CS)

## COUNT ONE

The United States Attorney charges:

From on or about February 28, 2014, until on or before June 22, 2015, in the Southern District of New York, MATTHEW SAUER, the defendant, knowingly possessed a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, to wit, SAUER possessed on a computer in his residence in Middletown, New York images of child pornography that had been transported via the Internet.

(Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).)

*Preet Bharara*

PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MATTHEW SAUER,

      Defendant.

INFORMATION

16 Cr. \_\_\_\_

(Title 18, United States Code, Sections
2252A(a)(5)(B) and (b)(2).)

PREET BHARARA
United States Attorney.

8/24/16 Information Filed.
Davison J.