*Court exhibit 1 id.*

# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
**UNITED STATES OF AMERICA,**

v.

**MATTHEW SAUER,**

                Defendant.

---------------------------------------------------------------x

16 Cr. 565 (CCS)

**MATTHEW SAUER,** the above-named defendant, who is accused of violating Title 21 United States Code, Section 2252A (a) (5) (B) and (b) (2) having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant.

_____
Counsel for Defendant.

Date: White Plains, New York
      August 24, 2016