UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

        v.

MATTHEW SAUER,

        Defendant.
_____

**ECF CASE**

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

16 CR. 565 (CS)

TO:   Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                   Respectfully submitted,

                                   PREET BHARARA
                                   United States Attorney for the
                                   Southern District of New York

                By:    /s/ Hagan Scotten
                        Hagan Scotten
                        Assistant United States Attorney
                        (212) 637-2410
                        Hagan.Scotten@usdoj.gov