UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

United States of America,

                              Plaintiffs,        **NOTICE OF ADJOURNMENT OF SENTENCING**

   -against

Matthew Sauer,                                   16 Cr. 565 (CS)

                              Defendants.
------------------------------------------------------------------x

The Sentencing previously scheduled by this Court for December 2, 2016

*is adjourned by this Court to* **February 10, 2017 at 10:30 a.m.**

at the Charles L. Brieant United States Courthouse, 300 Quarropas St., White

Plains, NY 10601, Courtroom 621.

                                  /s/ Alice F. Cama, Courtroom Deputy


Dated: White Plains, New York
        November 2, 2016