USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA

- against -

MATTHEW SAUER
        Defendant

---------------------------------------------------------x

16 CR 565(CS)

ORDER,

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Dr. N. G. Berrill in the amount of $4,000, for professional services rendered in connection with the above captioned case.

    SO ORDERED,

Dated: New York, New York
       February 15, ~~2016~~ 2017

_____
Honorable Cathy Seibel
U.S. District Judge