UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                               Order

          -against-

MATTHEW SAUER,                                    7:16-cr-00565-cs

                               Defendant.
-----------------------------------------------------------------X

      The Court has imposed a Special Assessment on the above named defendant in the amount of _$100_, payable immediately.

      So Ordered.

White Plains, New York
March 15, 2017

                                                                    SO ORDERED.

                                                                      _Cathy Seibel_
                                                                      CATHY SEIBEL, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE: 4/5/2017