# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

June 14, 2017

**BY HAND**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

U.S. ATTORNEY
FOR THE S.D.N.Y.
JUN 14 2017

Re: *United States v. Matthew Sauer*
17 Cr. 565 (CS)

**MEMO ENDORSED**

Dear Judge Davison:

This letter is written on behalf of Matthew Sauer and respectfully seeks an order requiring the Office of Pretrial Services to return Mr. Sauer's passport to Mr. Sauer. Pretrial Services Officer Leonthe Barrios requested that undersigned counsel make the instant request given that pretrial supervision has ended.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Jason I. Ser
Attorney for Mr. Matthew Sauer

SO ORDERED:

HONORABLE PAUL E. DAVISON
United States Magistrate Judge

6/14/17

cc: Hagan Scott A.U.S.A.
Leonthe Barrios, U.S.P.T.O
Mr. Matthew Sauer